## Violante v. O'Leary, Appellant.

Argued November 8, 1965. *Herbert N. Rosenberg*, with him *Rosenberg & Kirshner*, for appellant; *John E. Evans, Jr.*, with him *Samuel M. Pasquarelli*, and *Evans, Ivory & Evans*, for appellee; *Theodore O. Struk*, with him *Richard D. Klaber*, and *Dickie, McCamey, Chilcote & Robinson*, for appellee.

Judgments affirmed.

FLOOD, J., absent.